F I L E D
Clerk
District Court

APR 23 2008

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

# UNITED STATES DISTRICT COURT
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> KALEN, GREGGORY SABLAN ) <br>    (a.k.a. "G", a.k.a. "Goro", a.k.a. ) <br>    "Greggory Sablan Kani"); ) <br> KALEN, LAWRENCE SABLAN; and ) <br> SABLAN, MANUEL ALDAN ) <br>    (a.k.a. "Manny Sablan") ) <br> ) <br>       Defendants. ) <br> ) | Criminal Case No. 08 – 00014 <br><br> **INDICTMENT** <br><br> Title 21 U.S.C., §§ 846 & 841(a)(1)- Conspiracy (Ct. 1); Title 21 U.S.C., §§ 841(a)(1) and 841(b)(1)(C), and Title 18 U.S.C., § 2- Distribution and Possession with Intent to Distribute a Controlled Substance (Cts. 2 & 3). |

THE GRAND JURY CHARGES:

## COUNT ONE

<u>CONSPIRACY TO DISTRIBUTE D-METHAMPHETAMINE HYDROCHLORIDE</u>

Beginning on or about December 1, 2007, up to and including December 13, 2007, in the District of the Commonwealth of the Northern Mariana Islands, SABLAN, Manuel Aldan, KALEN, Greggory Sablan, and KALEN, Lawrence Sablan, the defendants, did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to distribute d-methamphetamine hydrochloride (commonly known as "ice"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

## COUNT TWO

### DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE D-METHAMPHETAMINE HYDROCHLORIDE

On or about December 1, 2007, in the District of the Northern Mariana Islands, SABLAN, Manuel Aldan, KALEN, Greggory Sablan, and KALEN, Lawrence Sablan, the defendants, unlawfully, willfully and knowingly, distributed and possessed with intent to distribute a Schedule II controlled substance, to wit, approximately 0.17 net grams of d-methamphetamine hydrochloride (commonly known as "ice"), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THREE

### DISTRIBUTION AND POSSESSION WITH INTENT TO DISTRIBUTE D-METHAMPHETAMINE HYDROCHLORIDE

On or about December 13, 2007, in the District of the Northern Mariana Islands, SABLAN, Manuel Aldan, KALEN, Greggory Sablan, and KALEN, Lawrence Sablan, the defendants, unlawfully, willfully and knowingly, distributed and possessed with intent to distribute a Schedule II controlled substance, to wit, approximately 0.10 net grams of d-methamphetamine hydrochloride (commonly known as "ice"), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

Dated this 23rd day of April 2008.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ERIC S. O'MALLEY
Assistant United States Attorney

2