AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF _____ the Northern Mariana Islands

FILED
Clerk
District Court

APR 24 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA,

Plaintiff,

V.

KALEN, GREGGORY SABLAN
a.k.a. "G", a.k.a. "Goro", a.ka.
"Greggory Sablan Kani",

Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: CR 08 - 00014 -001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   KALEN, GREGGORY SABLAN, a.k.a. "G",
a.k.a. "Goro", a.k.a. "Greggory Sablan Kani"
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

Drug Conspiracy (Count 1); and
Distribution And Possession With Intent To Distribute A Controlled Substance (Counts 2 & 3)

RECEIVED
APR 23 2008
US MARSHALS SERVICE-CNMI

in violation of Title  __21__  United States Code, Section(s)  __846, 841(a)(1)__

and in violation of Title __21__ United States Code, Section (s) __841(b)(1)(C)__

| HONORABLE ALEX R. MUNSON | CHIEF JUDGE, DISTRICT COURT OF THE NMI |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Alex R. Munson | 4-23-08       SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |

Bail fixed at $ __NO BAIL__       by __/s/ Alex R. Munson__
                                       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Tanapag Village, Saipan MP 96950 |

| DATE RECEIVED 04/23/08 | NAME AND TITLE OF ARRESTING OFFICER Sgt. Alfred Celes B#43 DEA TFO | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 04/24/08 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____