**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
Macaranas Building, Second Floor
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorney for Lawrence Sablan

# UNITED STATES DISTRICT COURT

## FOR

## THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00014 |
| Plaintiff, ) | STIPULATION TO CONTINUE FILING DEADLINE FOR PRE-TRIAL MOTIONS |
| vs. ) | |
| KALEN, GREGGORY SABLAN, KALEN, ) LAWRENCE, and SABLAN, MANUEL ) ALDAN, ) | Time: N/A<br>Date: N/A<br>Judge: Munson |
| Defendants. ) | |

Defendant Lawrence Kalen, by and through his attorney, Bruce Berline, Esq., Defendant Manuel Sablan, by and through his attorney, David Banes, Esq., Defendant Greggory Kalen and Plaintiff, by and through the United States Office of the Attorney General, hereby stipulate to request this Court to continue the deadline to file pre-trial motions in this matter, presently set for May 9, 2008, to May 16, 2008.

This stipulation is based upon the fact that defendants in this matter received substantial discovery, many of it on compact discs, on May 2, 2008. Accordingly, defendants need additional time to review the discovery and file any necessary pre-trial motions with this Court.

Dated this 8th day of May, 2008.

_____
BRUCE BERLINE
Attorney for Defendant Lawrence Kalen

_____
DAVID BANES
Attorney for Defendant Manuel Sablan

_____
MATTHEW SMITH
Attorney for Defendant Greggory Kalen

_____
ERIC O'MALLEY
Assistant United States Attorney