F I L E D
Clerk
District Court

MAY - 9 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08-00014 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER GRANTING |
| ) | STIPULATION FOR MORE |
| GREGGORY SABLAN KALEN, ) | TIME TO FILE PRE-TRIAL |
| LAWRENCE KALEN, and ) | MOTIONS |
| MANUEL ALDAN SABLAN, ) | |
| ) | |
| Defendants ) | |

BASED UPON THE STIPULATION of the parties, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that the deadline for filing of pre-trial motions is extended from May 9, 2008, to **May 16, 2008.**

DATED this 9th day of May, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)