**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
Macaranas Building, Second Floor
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorney for Lawrence Kalen

## UNITED STATES DISTRICT COURT
## FOR
## THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00014 |
| ) | |
| Plaintiff, ) | DEFENDANT LAWRENCE KALEN'S MOTION TO COMPEL GOVERNMENT TO GIVE NOTICE OF INTENTION TO USE EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS. |
| vs. ) | |
| ) | |
| KALEN, GREGGORY SABLAN, KALEN, ) LAWRENCE, and SABLAN, MANUEL ) ALDAN, ) | |
| ) | |
| Defendants. ) | Time: 9:00 a.m. |
| ) | Date: June 5, 2008 |
| ) | Judge: Munson |

Comes now Defendant Lawrence Kalen and moves for an order directing the government to provide notice of its intent to use evidence of prior arrests, convictions, or bad acts. This motion is made under Fed. R. Evid. 404(b) and Fed. R. Crim. P. 16.

In addition, Defendant moves for production of all evidence, documents, records of judgments and convictions, photographs and tangible evidence, and information pertaining to any prior arrests and convictions or prior bad acts. Evidence of prior record is available under Fed. R. Crim. P. 16(a)(1)(B). Evidence of prior similar acts is discoverable under Fed. R. Crim. P. 16(a)(1)(C) and Fed. R. Evid. 404(b) and 609.

Dated this 16th day of May, 2008.

BRUCE BERLINE
Attorney for Defendant
P.O. Box 5682 CHRB
Saipan, MP 96950