**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
Macaranas Building, Second Floor
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorney for Lawrence Kalen

## UNITED STATES DISTRICT COURT

### FOR

## THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KALEN, GREGGORY SABLAN, KALEN, LAWRENCE, and SABLAN, MANUEL ALDAN,<br><br>　　　　　Defendants. | CRIMINAL CASE NO. 08-00014<br><br>NOTICE OF DEFENDANT LAWRENCE KALEN'S MOTION TO COMPEL GOVERNMENT TO DISCLOSE IDENTITY OF CONFIDENTIAL INFORMANT AND TO COMPEL DISCOVERY<br><br>Time:　9:00 a.m.<br>Date:　June 5, 2008<br>Judge:　Munson |

TO:　Eric O'Malley, Assistant United States Attorney
　　　Horiguchi Building, Third Floor
　　　P.O. Box 377
　　　Saipan, MP 96950

Please take notice that on June 5, 2008, at 9 o'clock a.m. or as soon thereafter as counsel can be heard, in The United States District Court for the Northern Mariana Islands, Horiguchi Building, Saipan, CNMI, the undersigned will bring the above motion on for hearing.

Dated this 16th day of May, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Bruce Berline
　　　　　　　　　　　　　　　　　　　　　　　　BRUCE BERLINE
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 5682 CHRB
　　　　　　　　　　　　　　　　　　　　　　　　Saipan, MP 96950