F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Greggory Sablan Kalen.

**IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ] | CRIMINAL CASE NO. 08-00014 |
| ] | |
| Plaintiff, ] | **NOTICE OF MOTION TO** |
| vs. ] | **CONDUCT INDEPENDENT** |
| ] | **TESTING OF ALLEGED DRUG** |
| ] | **EVIDENCE and TO HIRE AN** |
| GREGGORY SABLAN KALEN, ] | **INDEPENDENT LAB FOR SUCH** |
| LAWRENCE KALEN, and ] | **TEST** |
| MANUEL ALDAN SABLAN, ] | |
| ] | Date: June 5, 2008 |
| Defendants. ] | Time: 9:00 a.m. |
| ] | Judge: Honorable Alex R. Munson |

**PLEASE TAKE NOTICE** that Defendant Greggory Sablan Kalen, by and through counsel, will and hereby does move the Court for a Motion To Conduct Independent Testing of Alleged Drug Evidence and To Hire An Independent Lab For Such Test on June 5, 2008 at 9:00 a.m. at the United States District Court for the Northern Mariana Islands. This Motion is supported by a Motion with authorities and all prior pleadings and proceedings had herein.

Dated this _16_ day of May 2008.

F. MATTHEW SMITH
Attorney for Defendant Greggory S. Kalen