F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Greggory Sablan Kalen.

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br>vs.<br><br>GREGGORY SABLAN KALEN,<br>LAWRENCE KALEN, and<br>MANUEL ALDAN SABLAN,<br><br>     Defendants. | CRIMINAL CASE NO. 08-00014<br><br>**JOINDER BY GREGGORY SABLAN KALEN IN CO-DEFENDANTS' PRE-TRIAL MOTIONS**<br><br>Date: June 5, 2008<br>Time: 9:00 a.m.<br>Judge: Honorable Alex R. Munson |

Defendant Greggory Sablan Kalen, by and through his undersigned counsel, hereby joins in the following pre-trial motions filed by his co-defendants: 1) Defendant Lawrence Kalen's Motion to Compel Government to Give Notice of Intention to Use Evidence of Other Crimes, Wrongs or Acts; 2) Defendant Lawrence Kalen's Motion to Compel Government to Disclose Identity of Confidential Informant and to Compel Discovery; 3) Defendant Manuel Aldan Sablan's Motion Requesting Prosecutor to serve Discovery Responses on Counsel; and 4) Defendant Manuel Aldan Sablan's Motion Requesting Prosecution to File and Serve a Bill of Particulars on Counsel; all of the foregoing pre-trial motions having been filed in this action; and Defendant Greggory Sablan Kalen hereby adopts and incorporates fully herein by this reference the aforesaid motions, supporting memorandum, and arguments.

Respectfully submitted this 16 day of May 2008.

                                        F. MATTHEW SMITH
                                        Attorney for Defendant
                                        Greggory Sablan Kalen