MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-08-00014                                                                                   June 5, 2008
                                                                                                      9:45 a.m.

**UNITED STATES OF AMERICA -vs- GREGGORY SABLAN KALEN, LAWRENCE SABLAN KALEN AND MANNY ALDAN SABLAN**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           F. MATTHEW SMITH, ATTORNEY
           GREGGORY SABLAN KALEN, DEFENDANT
           BRUCE BERLINE, ATTORNEY
           LAWRENCE SABLAN KALEN, DEFENDANT
           DAVID BANES, ATTORNEY
           MANUEL ALDAN SABLAN, DEFENDANT

PROCEEDINGS:   MOTION FOR BILL OF PARTICULARS AND MOTION TO CONDUCT INDEPENDENT TESTING.

Defendant **GREGGORY SABLAN KALEN** appeared with court appointed counsel, Attorney F. Matthew Smith. Government was represented by Eric O'Malley, AUSA.

Defendant **LAWRENCE SABLAN KALEN** appeared with counsel, Attorney Bruce Berline. Government was represented by Eric O'Malley, AUSA.

Defendant **MANUEL ALDAN SABLAN** appeared with counsel, Attorney David Banes. Government was represented by Eric O'Malley, AUSA.

Attorney Banes argued the Motion for Bill of Particulars. Government argued. Court DENIED the motion.

Attorney Smith argued the motion for Independent Testing; Court GRANTED the motion with conditions.

Court requested that all parties meet and confer regarding the discovery matters.

Attorney Banes and Smith requested bail hearings for their clients tomorrow. U.S. Probation Officer, Margarita Wonenberg, addressed the Court as to the need to investigate third-party custodian qualification. Court set the bail hearing for Greggory Sablan Kalen at 9:00 a.m. tomorrow morning, June 6, 2008 and the bail hearing for Manny Aldan Sablan for 1:30 p.m. tomorrow, June 6, 2008.

      Defendants were remanded back into the custody of the U.S. Marshal until further order of the Court.

      Adj. 9:50 a.m.


      /s/K. Lynn Lemieux, Courtroom Deputy