FILED
Clerk
District Court

JUN - 5 2008

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Criminal No. 08-00014 |
| ) | |
| Plaintiff   ) | |
| ) | NOTICE OF |
| v.   ) | ORDER DENYING |
| ) | MOTION FOR BILL OF |
| GREGGORY SABLAN KALEN,   ) | PARTICULARS |
| LAWRENCE KALEN, and   ) | |
| MANUEL ALDAN SABLAN,   ) | |
| ) | |
| Defendants   ) | |
| _____ ) | |

THIS MATTER came before the court on Thursday, June 5, 2008, for hearing of several motions, including defendant Manuel Aldan Sablan's motion for a bill of particulars, in which all defendants joined. The other motions have been resolved by agreement of the parties or will be the subject of a separate order. Plaintiff appeared

by and through its attorney, Assistant U.S. Attorney Eric O'Malley, defendant Greggory Sablan Kalen appeared personally and by and through his attorney, F. Matthew Smith; defendant Lawrence Kalen appeared personally and by and through his attorney, Bruce Berline; and, defendant Manuel Aldan Sablan appeared personally and by and through his attorney, David Banes.

THE COURT, having considered the written and oral arguments of the parties, denied the motion from the bench. An indictment need only inform a defendant of the charges against him and an indictment that tracks the language of the charging statute is usually sufficient. *United States v. Johnson*, 804 F.2d 1078, 1084 (9th Cir. 1986). The indictment here states the crime allegedly committed, the dates during and the place in which it was allegedly committed, and the illegal substance allegedly involved. This is sufficient to place defendants on notice; discovery will undoubtedly supply more specific information. Accordingly,

The motion for a bill of particulars was denied.

DATED this 5th day of June, 2008.

_____
ALEX R. MUNSON
Judge