F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Greggory Sablan Kalen.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>vs.<br><br>GREGGORY SABLAN KALEN,<br>LAWRENCE KALEN, and<br>MANUEL ALDAN SABLAN,<br><br>               Defendants. | CRIMINAL CASE NO. 08-00014<br><br>**NOTICE AND MOTION FOR REVIEW AND REVOCATION OF DETENTION ORDER**<br><br>Date:  June 6, 2008<br>Time:  9:00 a.m.<br>Judge: Honorable Alex R. Munson |

**PLEASE TAKE NOTICE** that Defendant Greggory Sablan Kalen, by and through counsel, will and hereby does move the Court for a Motion For Review and Revocation of Detention Order on **June 6, 2008 at 9:00 a.m.**, at the United States District Court for the Northern Mariana Islands. This Motion is supported by a Memorandum with authorities and all prior pleadings and proceedings had herein.

Dated this ___ day of June 2008.

                                          F. MATTHEW SMITH
                                          Attorney for Defendant Greggory S. Kalen