## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CR-08-00014-001                                                         June 13, 2008
                                                                        9:10 a.m.

**UNITED STATES OF AMERICA -v- GREGGORY SABLAN KALEN**

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           F. MATTHEW SMITH, COURT APPOINTED COUNSEL FOR DEFENDANT
           GREGGORY SABLAN KALEN, DEFENDANT

PROCEEDINGS:   **CHANGE OF PLEA**

Defendant appeared with counsel, Attorney F. Matthew Smith. Government was represented by Eric O'Malley, AUSA.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Plea Agreement.

Court reviewed every element of the Plea Agreement with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY to Count II of the Indictment.** Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea and the Plea Agreement.

Court ordered a Presentence Investigation Report be submitted by August 19, 2008 and that the **Sentencing hearing be set for Tuesday, September 23, 2008 at 9:00 a.m.**

Attorney Smith moved that the defendant be allowed to hold a job as a security guard for Japanese Enterprises Corporation during his release.

Court ordered that the defendant remain at liberty under the same terms and conditions as previously set and that he be allowed to work as a security guard for Japanese Enterprises Corporation during daytime hours (no earlier than 6:00 a.m. and no later than 6:00 p.m.).

Adjourned at 9:50 a.m.

/s/ K. Lynn Lemieux, Courtroom Deputy