FILED
Clerk
District Court

JUN 13 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Action No. 08-00014-001 |
| ) | |
| Plaintiff, ) | |
| ) | ORDER SETTING |
| vs. ) | SENTENCING DATE |
| ) | |
| GREGGORY SABLAN KALEN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY ORDERED that the defendant be referred to the U.S. Probation Office for investigation and report. The presentence investigation report is due on August 19, 2008. Sentencing is scheduled for **Tuesday, September 23, 2008** commencing at the hour of 9:00 a.m.

DATED this 13th day of June, 2008.

_____
ALEX R. MUNSON,   Chief Judge

AO 72
(Rev. 08/82)