PS 42
(Rev. 07/93)

# United States District Court
District of the Northern Mariana Islands

FILED
Clerk
District Court

JUL 1 1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

United States of America  )
                          )
        vs.               )
                          )
GREGGORY S. KALEN         )    Case No: 08-00014-001

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Greggory S. Kalen_____, have discussed with _____Melinda N. Brunson_____, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

- The defendant will participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_____[signature]_____  7-8-08        _____[signature]_____  7/8/08
Signature of Defendant   Date         Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____[signature]_____                  7-8-08
Signature of Defense Counsel           Date

[X] The above modification of conditions of release is ordered, to be effective on 7-11-08

[ ] The above modification of conditions of release is *not* ordered.

_____[signature]_____                  7-11-08
Signature of Judicial Counsel          Date