F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Greggory Sablan Kalen.

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GREGGORY SABLAN KALEN,<br>LAWRENCE KALEN, and<br>MANUEL ALDAN SABLAN,<br><br>    Defendants. | CRIMINAL CASE NO. 08-00014<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AS TO DEFENDANT GREGGORY SABLAN KALEN** |

Counsel for Plaintiff United States of America and counsel for Defendant Greggory Sablan Kalen in the above-captioned matter have agreed by and between themselves and with no objection by the Plaintiff to continue the Sentencing Hearing set for **Tuesday, September 23, 2008, at 9:00 a.m. until Wednesday, October 8, 2008 at 8:30 a.m.** This continuance is requested for reason of counsel for Defendant Greggory Sablan Kalen will be off island beginning September 12, 2008 through October 3, 2008.

Respectfully submitted this  11  day of September, 2008.

F. MATTHEW SMITH
Attorney for Defendant Greggory Sablan Kalen