FILED
Clerk
District Court

SEP 12 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGGORY SABLAN KALEN,<br>LAWRENCE KALEN, and<br>MANUEL ALDAN SABLAN,<br><br>Defendants. | Criminal Action No. 08-0014<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING** |

Pursuant to the stipulation of the United States of America and Defendant Greggory Sablan Kalen, the Sentencing Hearing set for Tuesday, September 23, 2008 at 9:00 a.m. shall be continued and reset for Wednesday, October 8, 2008 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: September 12, 2008

_/s/ Alex R. Munson_
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE

AO 72
(Rev. 08/82)